FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-11-00133-CV

### Trial Court No. C22,256-2006

**Nacogdoches Heart Clinic, P.A., Prabhakar R. Guniganti, M.D. and East Texas Cardiovascular Labs, LLC, Appellants/Cross-Appellees**

**Vs.**

**Vijay R. Pokala, M.D. d/b/a Nacogdoches Cardiac Center, Appellee/Cross-Appellant**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Ramey & Flock P.C. |
| Motion fee | $10.00 | Ramey & Flock |
| Motion fee | $10.00 | Ramy & Flock, PC |
| Motion fee | $10.00 | Clardy, Davis & Knowles |
| Motion fee | $10.00 | Ramey & Flock |
| Motion fee | $10.00 | Ramey & Flock |
| Motion fee | $10.00 | Ramey & Flock, P.C. |
| Motion fee | $10.00 | Ramey & Flock, P.C. |
| Motion fee | $10.00 | Ramey & Flock |
| Motion fee | $10.00 | Ramey & Flock, PC |
| Motion fee | $10.00 | Ramey & Flock |
| Reporter's record | $8,290.75 | Unknown |
| Clerk's record | $1,238.00 | Unknown |
| Filing | $100.00 | Clardy Davis Knowles |
| Supreme Court chapter 51 fee | $50.00 | Clardy Davis Knowles |
| Indigent | $25.00 | Clardy Davis Knowles |
| Indigent | $25.00 | Ramey & Flock |
| Supreme Court chapter 51 fee | $50.00 | Ramey & Flock |
| Filing | $100.00 | Ramey & Flock |
| **TOTAL:** | $9,988.75 | |

FILE COPY

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 20th day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk